**In the Matter of Paul C. LENTZ, Appellant,**

v.

**Beverly Sue RYAN, Public Administrator, and Hale Lentz, Respondents.**

No. WD 51154.

Missouri Court of Appeals, Western District.

June 25, 1996.

Steven M. Petry, Kansas City, for appellant.

Karen C. Warner, Warner Law Firm, Timothy Flook, Liberty, for respondents.

Before ULRICH, P.J., and BRECKENRIDGE and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Paul C. Lentz appeals from the trial court's judgment finding him partially incapacitated and fully disabled. Mr. Lentz contends that there is insufficient evidence to support the judgment and that the trial court erred in ordering the production of certain documents.

Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Ronald L. COATS, Jr., Appellant.**

**Ronald L. COATS, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. WD 49617, WD 51238.

Missouri Court of Appeals, Western District.

June 25, 1996.

Rose M. Wibbenmeyer, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Assistant Attorney General, Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Ronald L. Coats appeals his criminal conviction by a jury for the possession of more than thirty-five grams of marijuana, § 195.202,[1] and the subsequent denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Coats was sentenced to a term of six years as a prior offender under § 558.016 and § 557.036.4.

Judgment affirmed. Rules 30.25(b) and 84.16(b).

---

1. Unless otherwise noted, all statutory references are to RSMo 1994.